**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE:<br>LARRY J. THORPE<br>CYNTHIA SMITH THORPE<br>4129 WEST OAK DRIVE<br>MACON, GA 31210 | CHAPTER 13<br><br>**Case Number:** 05-52889-JDW<br><br>**ATTORNEY:** GEORGE O. HASKELL, III |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $357.63 in unclaimed funds on behalf of the above-referenced debtors. The last known address for the creditor is as follows:

COMMUNITY BUILDERS NETWORK
P.O. BOX 8289
COLUMBUS, GA 31908-8289

**DATED:** March 17, 2010

                                                  /s/ Camille Hope
                                            **Camille Hope, Trustee**
                                            **P.O. Box 954**
                                            **Macon, GA 31202**
                                            **(478) 742-8706**